ACCEPTED
12-15-00029-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/30/2015 2:30:38 PM
CATHY LUSK
CLERK

# PerdueBrandonFielderCollins&Mott LLP
## ATTORNEYS AT LAW



3301 Northland Dr.
SUITE 505
AUSTIN, TEXAS 78731
TELEPHONE 512-302-0190
FAX 512-323-6963
www.pbfcm.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/30/2015 2:30:38 PM

CATHY S. LUSK
Clerk

July 30, 2015

Honorable Cathy Lusk, Clerk
Twelfth Court of Appeals of the State of Texas
1517 West Front Street, Suite 354
Tyler, Texas 75702

**RE:** **Court of Appeals Number: 12-15-00029-CV**
**Trial Court Number: 14-1121-B**
**Tonya Allen DDS, P.A. v. Smith County Appraisal District**

Dear Ms. Lusk:

It has come to my attention that I am not in your system as counsel for this matter. If you would, please place me as co-counsel for this matter. In addition, please list Sandra Griffin, who is also with this firm, as lead counsel for this matter. My Texas Bar Number is 00796816.

I have forwarded a copy of the foregoing to opposing counsel on this date. Thank you for your assistance with this matter.

Sincerely,

/s/Christopher S. Jackson

Christopher S. Jackson
Attorney for Appellee,
Smith County Appraisal District
cjackson@pbfcm.com

cc: Mr. Michael Barnett, Smith County Appraisal District, via email
Mr. Michael Eaton, Counsel for Appellant, via email

AMARILLO    ARLINGTON    AUSTIN    CONROE    HOUSTON    LUBBOCK
MᶜALLEN    MIDLAND    SAN ANTONIO    TYLER    WICHITA FALLS